| | |
|---|---|
| Kathryn Kendell (Utah Bar No. 5398)<br>NATIONAL CENTER FOR LESBIAN RIGHTS<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>Tel: (415) 392-6527<br>KKendell@NCLRights.org | Douglas H. Hallward-Driemeier (*pro hac vice*)<br>Jeremiah L. Williams (admitted *pro hac vice*)<br>Michelle H. Behrens (admitted *pro hac vice*)<br>Rebecca C. Harlow (admitted *pro hac vice*)<br>Michael Y. Jo (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue NW<br>Washington D.C. 20006<br>Tel:  (202) 508-4600<br>Douglas.Hallward-Driemeier@ropesgray.com<br>Jeremiah.Williams@ropesgray.com<br>Michelle.Behrens@ropesgray.com<br>Rebecca.Harlow@ropesgray.com<br>Michael.Jo@ropesgray.com |

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EQUALITY UTAH; JANET DOE, as next friend and parent of JOHN DOE; JUSTINE DOE, as next friend and parent of JAMES DOE; and JESSIE DOE, as next friend and parent of JANE DOE,<br><br>                              *Plaintiffs*,<br><br>                   v.<br><br>UTAH STATE BOARD OF EDUCATION; SYDNEE DICKSON, in her official capacity as State Superintendent of Public Instruction of the State of Utah; BOARD OF EDUCATION OF CACHE COUNTY SCHOOL DISTRICT; CACHE COUNTY SCHOOL DISTRICT; BOARD OF EDUCATION OF JORDAN SCHOOL DISTRICT; JORDAN SCHOOL DISTRICT; BOARD OF EDUCATION OF WEBER SCHOOL DISTRICT; and WEBER SCHOOL DISTRICT,<br><br>                              *Defendants*. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS SEEKING DECLARATORY OR INJUNCTIVE RELIEF**<br><br>Civil Action No. 2:16-cv-01081-DB-PMW<br><br>District Judge Dee Benson<br>Chief Magistrate Judge Paul M. Warner |

Plaintiffs and Defendants respectfully move the Court to dismiss all claims seeking declaratory or injunctive relief, with prejudice. All claims seeking declaratory or injunctive relief have been fully settled and resolved. Each party will bear its own attorneys' fees and costs.

DATED: October 5, 2017.

        ROPES AND GRAY LLP

        /s/ Jeremiah L. Williams
        JEREMIAH L. WILLIAMS
        *Counsel for Plaintiffs*

Approved as to form:

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ David N. Wolf
DAVID N. WOLF
GREG SODERBERG
DAVID THOMAS
Assistant Utah Attorneys General
*Counsel for Defendants*