Kathryn Kendell (Utah Bar No. 5398)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Tel: (415) 392-6527
KKendell@NCLRights.org

Douglas H. Hallward-Driemeier (*pro hac vice*)
Jeremiah L. Williams (admitted *pro hac vice*)
Michelle H. Behrens (admitted *pro hac vice*)
Rebecca C. Harlow (admitted *pro hac vice*)
Michael Y. Jo (admitted *pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com
Jeremiah.Williams@ropesgray.com
Michelle.Behrens@ropesgray.com
Rebecca.Harlow@ropesgray.com
Michael.Jo@ropesgray.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EQUALITY UTAH; JANET DOE, as next friend and parent of JOHN DOE; JUSTINE DOE, as next friend and parent of JAMES DOE; and JESSIE DOE, as next friend and parent of JANE DOE,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>UTAH STATE BOARD OF EDUCATION; SYDNEE DICKSON, in her official capacity as State Superintendent of Public Instruction of the State of Utah; BOARD OF EDUCATION OF CACHE COUNTY SCHOOL DISTRICT; CACHE COUNTY SCHOOL DISTRICT; BOARD OF EDUCATION OF JORDAN SCHOOL DISTRICT; JORDAN SCHOOL DISTRICT; BOARD OF EDUCATION OF WEBER SCHOOL DISTRICT; and WEBER SCHOOL DISTRICT,<br><br>       *Defendants*. | **[PROPOSED] ORDER DISMISSING PLAINTIFFS' CLAIMS SEEKING DECLARATORY OR INJUNCTIVE RELIEF**<br><br>Civil Action No. 2:16-cv-01081-DB-PMW<br><br>District Judge Dee Benson<br>Chief Magistrate Judge Paul M. Warner |

2

The Court has read and considered Plaintiffs Equality Utah, et al. and Defendants Utah State Board of Education, et al.'s Stipulated Motion to Dismiss. Based on the Parties' stipulation and for good cause, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Parties' Stipulated Motion to Dismiss Plaintiffs' declaratory and injunctive claims is GRANTED.

2. Plaintiffs' claims seeking declaratory or injunctive relief are DISMISSED WITH PREJUDICE.

3. Each party shall each bear its own attorneys' fees and costs.

DATED this ____ day of _____, 2017.

BY THE COURT:

_____
DEE BENSON
United States District Judge

Approved as to form:

OFFICE OF THE UTAH ATTORNEY GENERAL

 /s/ David N. Wolf
DAVID N. WOLF
Assistant Utah Attorney General
*Counsel for Defendants*

2